MANFRE INVESTMENTS, LLC　　　　　　　　　　　　　　　　　　　09-14162

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS　　118
60-249/433
TID #380380
WILBUR J. (BILL) BABIN, JR.

| Case | Debtor |
|---|---|
| 09-14162 JAB | MANFRE INVESTMENTS, LLC |
| 92009611301866 | |
| COMBINED SMALL CHECK | |

Date　10/19/2011　　　$ **********17.79

~~~Seventeen Dollars and 79/100

Pay to the Order of:
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

_[signature]_
WILBUR J. (BILL) BABIN, JR., Trustee

⑈24931⑈92009611301866⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 229309　- KW
\*\*C O P Y\*\*
November 07, 2011
15:55:58

UNC.UNDER$25
09-14162

Debtor.: MANFRE INVESTMENTS, LLC
Trustee: Wilbur Babin, Jr.
Amount.:　　　　　　　$17.79 CH
Check#.: 118

Total-> $17.79

FROM: BABIN

---

11/7/11

Deposit to 106000

Due:
Clear Systems　　$4.45
Edgemate, Inc　　.32
Stiles Machinery, Inc　$4.33
Cleco　.60
The Wizard of Ads, Inc　$2.58
Doll Ken-Woodtape. Inc　$1.95
Sidelines, Inc.　　2.18
Eric's Car Service　1.38

CVogel

**WILBUR J. "BILL" BABIN, JR.**
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

November 4, 2011

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re: MANFRE INVESTMENTS, LLC
USBC-EDLA 09-14162-B

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $17.79 representing dividends in an amount less than $5.00 due to the following creditors:

```
CLEAR SYSTEMS
13438 WYANDOTTE ST.
HOLLYWOOD, CA 91605
Claim #4                                        $4.45

EDGEMATE, INC.
333 CLOSSON RD.
ROARING SPRING, PA 16673-2237
Claim #5                                        $0.32

STILES MACHINERY, INC.
NW 6027
P.O. BOX 1450
MINNEAPOLIS, MN 55485-6027
Claim #9                                        $4.33
```

*Page 2 of 2*
*November 4, 2011*

| | |
|---|---|
| CLECO<br>2030 DONAHUE FERRY RD.<br>PINEVILLE, LA 71360<br>Claim #10 | $0.60 |
| THE WIZARD OF ADS, INC.<br>23141 BROOK FOREST RD<br>ABITA SPRINGS, LA 70420<br>Claim #11 | $2.58 |
| DOLLKEN-WOODTAPE, INC.<br>23164 NETWORK PLACE<br>CHICAGO, IL 60673-1231<br>Claim #15 | $1.95 |
| SIDELINES, INC.<br>9332 E. RAINTREE DR., STE. 100<br>SCOTTSDALE, AZ 85260<br>Claim #16 | $2.18 |
| ERIC'S CAR SERVICE<br>765 ASBURY DR.<br>MANDEVILLE, LA 70471<br>Claim #18 | $1.38 |
| **Total:** | $17.79 |

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

                        Very truly yours,

                        WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure